UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID ANDREW COSTELLO, SR.,

        Plaintiff,

v.

DANIEL RABELOS, et al.

        Defendants.

CASE NO. C20-1330 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 24. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion for summary judgment, Dkt. 13, is **GRANTED**;

(3)     Plaintiff's complaint, Dkt. 5, is **DISMISSED with prejudice**;

(4)     The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and Judge Peterson; and

\

1   (5)  The Clerk shall enter JUDGMENT and close this case.

2   Dated this 31st day of August, 2021.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2